**LAW OFFICES OF**
# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

KATURIA D'AMATO, ESQ.
Of Counsel

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

May 17, 2019

Hon. Joan M. Azrack
United States District Court,
Eastern District of New York
100 Federal Plaza Courtroom 920
Central Islip, New York 11722

    Re:    D'Amato v. D'Amato, et. al.
            (Case No. 2:19-cv-01398-JMA-ARL)

Your Honor:

    I have received correspondence dated May 14, 2019 from Mr. D'Amato's counsel in this action where his former title as a United States Senator has been blatantly referenced. The plaintiff specifically objects to Mr. D'Amato's and his counsel's attempt to influence the Court by such inappropriate references. It is our understanding that in cases involving either of the D'Amatos' that they have been, sua sponte, transferred to other Districts, in some cases outside the State of New York for reasons no doubt obvious to all.

                                    Sincerely,

                                    Thomas F. Liotti

cc.: All Counsel.

✧Fellow, American Board of Criminal Lawyers