LAW OFFICES OF
## THOMAS F. LIOTTI, LLC
600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
--------
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO∗
SARA V. SALMERON
∗Also Admitted in CT

KATURIA D'AMATO
Of Counsel

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

August 21, 2019

<u>Sent Via ECF</u>

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:   <u>D'Amato v. D'Amato, et al</u>
           Case Number: 2:19-cv-01398

Dear Judge Azrack:

    If the Court pleases, I have respectfully written to you on two prior occasions in order to determine whether this case will be retained by you at least for the time being as a "red file" or "related case file" or whether it will be administratively transferred elsewhere. Up until now, I have not sought Your Honor's recusal or transfer to another Court because I had believed that the matter would be handled *sua sponte* and administratively. While I have no particular objection to Your Honor presiding over this case, I do have an objection to it proceeding in the Alfonse D'Amato federal courthouse. Please advise as to whether this problem is being addressed by Your Honor or whether I must file a motion in that regard.

    Thank you.

Respectfully,

*[signature]*

Thomas F. Liotti

TFL:el

cc:   All Counsel (via ECF)

---

✧Fellow, American Board of Criminal Lawyers