LAW OFFICES OF
## THOMAS F. LIOTTI, LLC
600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530

--------

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO∗
SARA V. SALMERON
∗Also Admitted in CT

KATURIA D'AMATO
Of Counsel

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

August 22, 2019

**SENT VIA ECF**

Paduano & Weintraub, LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020

  RE: <u>D'Amato, et. al. v. D'Amato, et. al.</u>
     Case No. 2:19-cv-01398-JMA-SIL

Counsel:

  We are in receipt of your letter with enclosures but inquire of you as to whether you contend that the documents which you have provided were a part of the So Ordered Stipulation and May, 2017 agreement. If that information is available, please provide it. Mrs. D'Amato will review your response upon her return from vacation.

            Sincerely,

            */s/ Thomas F. Liotti*
            Thomas F. Liotti

TFL:el

cc: all counsel via ECF

---

✧Fellow, American Board of Criminal Lawyers