LAW OFFICES OF
## THOMAS F. LIOTTI, LLC
600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
--------

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO∗
SARA V. SALMERON
∗Also Admitted in CT

KATURIA D'AMATO
Of Counsel

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

September 17, 2019

Sent Via ECF

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    D'Amato v. D'Amato, et al
           Case Number: 2:19-cv-01398

Dear Judge Azrack:

I am requesting a pre-motion conference on the above matter to resolve venue and potential recusal issues. Thank you.

Respectfully,

Thomas F. Liotti

TFL:el

cc:    All Counsel (via ECF)
       Katuria D'Amato, Esq.

✧Fellow, American Board of Criminal Lawyers