LAW OFFICES OF

## THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
--------
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

December 5, 2019

<u>Sent Via ECF</u>

Hon. Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   <u>D'Amato v. D'Amato, et al</u>
             Case Number: 2:19-cv-01398

Your Honor:

    Pursuant to your individual rules, Rule 4(A)(i) and (ii) thereof, and those of Judge Azrak's individual rules, IV(A)(10) for non-dispositive motions, I am respectfully requesting leave to withdraw as plaintiff's counsel since Mrs. D'Amato has stated that she will be *pro se* in this litigation and all other matters in which I had been her counsel and/or her advisor/consultant. As of October 25, 2019 Mrs. D'Amato has directed me to take no further action on her behalf. Thank you.

                                    Respectfully,

                                    Thomas F. Liotti

TFL:el

    cc:   Katuria D'Amato (via CRRR, regular mail and e-mail)
           All defense counsel (via ECF)

✧Fellow, American Board of Criminal Lawyers