UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATURIA D'AMATO, et al.

                                    Plaintiffs,

- against -

ALFONSE D'AMATO, et al.

                                    Defendants.
-----------------------------------------------------------------X

Civil Action No. 2:19-cv-01398-JMA-ARL

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and same hereby is discontinued as against defendant PARK STRATEGIES, LLC, with prejudice and without costs to either.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counter parts and filed with the Clerk and the Court without further notice and facsimile or e-mail signatures shall be effective as originals for all purposes.

Dated:    New York, New York
              January 23, 2020

KATURIA D'AMATO
By: /s/ Katuria D'Amato
Katuria D'Amato
*Pro Se Litigant*

PADUANO & WEINTRAUB LLP
By: /s/ Noah Bunzl
Noah Bunzl, Esq.
*Attorneys for Defendants*
Paduano & Weintraub
1251 Avenue of the Americas, 9th Fl
New York, NY 100020
(212) 785-9100