UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KATURIA D'AMATO, et al.

                    Plaintiffs,         Civil Action No. 2:19-cv-01398-JMA-ARL

- against -

ALFONSE D'AMATO, et al.                  **STIPULATION OF DISCONTINUANCE**

                    Defendants.
----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and same hereby is discontinued as against defendant ALFONSE D'AMATO with prejudice and without costs to either.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counter parts and filed with the Clerk and the Court without further notice and facsimile or e-mail signatures shall be effective as originals for all purposes.

Dated:    New York, New York
            January 23, 2020

KATURIA D'AMATO

By: _____
Katuria D'Amato
*Pro Se Litigant*

JASPAN SCHLESINGER LLP

By: _____
Jillian L. McNeil, Esq.
*Attorneys for Defendant Alfonse D'Amato*
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516) 746-8000

JLM/01437327v1/M076240/C0122290