UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KATURIA D'AMATO, et al.

                               Plaintiffs,           Civil Action No. 2:19-cv-01398-JMA-ARL

          - against -

                                      **STIPULATION OF DISCONTINUANCE**

ALFONSE D'AMATO, et al.

                              Defendants.
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and same hereby is discontinued as against defendants GASSMAN, BAIAMONTE, GRUNER, P.C., STEPHEN GASSMAN, ESQ. and JOSHUA GRUNER, ESQ. with prejudice and without costs to either.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counter parts and filed with the Clerk and the Court without further notice and facsimile or e-mail signatures shall be effective as originals for all purposes.

Dated:    New York, New York
             January 30, 2020

KATURIA D'AMATO

By: _____
Katuria D'Amato
*Pro Se Litigant*

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Joseph Salvo, Esq.
Sarah Prager, Esq.
*Attorneys for Defendants*
Gassman, Baiamonte, Gruner, P.C.,
Stephen Gassman, Esq., Joshua Gruner, Esq.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500