LAW OFFICES OF
# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
--------
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✧
_____

LUCIA MARIA CIARAVINO*

*Also Admitted in CT

January 31, 2020

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

Sent Via ECF

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    D'Amato v. D'Amato, et al
              Case Number: 2:19-cv-01398

Your Honor:

      I have received some Stipulations of Discontinuance where Mrs. D'Amato has indicated her status as a "pro se litigant". While I have no objection to her status as such or to the Stipulations of Discontinuance, it is my understanding that while I have made an application to be relieved as Mrs. D'Amato's counsel, now returnable on February 5, 2020 that application has not yet been granted unless the Court has granted my application without my knowledge. If the Court has already granted my application without my having to appear on February 5, 2020, I would deeply appreciate being advised of that. Thank you.

                                Respectfully,

                                Thomas F. Liotti

TFL:el

cc:    All Counsel (via ECF)
       Katuria D'Amato, Esq.

NOTE: I also have no objection to the Stipulations not containing Mrs. D'Amato's notarized signature as a party, if the Court has determined that to be acceptable. I make this point merely because I have been unable to communicate with Mrs. D'Amato since October 25, 2019 although pursuant to the Court's order she has been served with my application and an affidavit of service has been filed with the Court. I have not been contacted as attorney of record concerning these Stipulations or any other matters.

_____
✧Fellow, American Board of Criminal Lawyers