# LAW OFFICES OF
# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI◊

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

February 4, 2020

SENT VIA ECF

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

Hon. Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   D'Amato v. D'Amato, et al
      Case Number: 2:19-cv-01398

Your Honor:

I had written to you last week on whether an appearance by me or my office is required tomorrow since my former client has apparently been agreeing to stipulations of discontinuance without my knowledge or consent as the attorney of record.

Your Honor has previously directed me to personally serve Mrs. D'Amato with my letter application to be relieved as plaintiff's counsel which was also filed by ECF. That was done and an affidavit of service was also filed.

I have a scheduling problem for tomorrow where I must appear in the United States District Court, Eastern District in Brooklyn, New York at 10:30 a.m. for a settlement conference before Magistrate Judge Bulsara in the matter of *Ringel v. County of Nassau*, Docket No. 2:18-01930. This matter was previously scheduled prior to Your Honor setting this appearance date. I can send my Associate, Lucia Maria Ciaravino, Esq., who is familiar with the *D'Amato* case and admitted to practice in the Eastern District.

I believe that the appearance will be routine in that I believe Mrs. D'Amato, if present, will consent to my withdrawal as her counsel. Thank you. May I please hear from your Chambers as soon as possible.

Sincerely,

Thomas F. Liotti

TFL:el
cc:   all counsel (via ECF)
      Katuria D'Amato, Esq.

◊Fellow, American Board of Criminal Lawyers