FILED
CLERK
9:52 am, Nov 29, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KATURIA D'AMATO, *individually and as parent and natural guardian for Alfonso and Luciana D'Amato, infants under the age of 14 years*,

        Plaintiff,

v.

ALFONSE D'AMATO; PARK STRATEGIES, LLC, GASSMAN, BAIAMONTE, GRUNER, P.C.; STEPHEN GASSMAN, ESQ.; JOSHUA GRUNER, ESQ.; THE COUNTY OF NASSAU; THE NASSAU COUNTY POLICE DEPARTMENT; NASSAU COUNTY POLICE OFFICER VINCENT ADAMO; NASSAU COUNTY POLICE OFFICER JIMMY LEE; NASSAU COUNTY POLICE SGT. JAMES LORENZEN; NASSAU COUNTY POLICE DEPUTY INSPECTOR FRANCES BEIN; NASSAU COUNTY DETECTIVE JASON HERNANDEZ, NAMDI ODIAH, M.D.; RICHARD MURPHY, C.E.O. OF SOUTH NASSAU COMMUNITIES HOSPITAL; SOUTH NASSAU COMMUNITIES HOSPITAL; JOSHUA KUGLAR, M.D.; STANLEY REDDY, M.D.; MARK GREEN, ESQ.; HON. JOSEPH H. LORINTZ; PARTICK RYDER, NASSAU COUNTY POLICE COMMISSIONER; DAVID MACK, NASSAU COUNTY DEPUTY POLICE COMMISSIONER; THE COUNTY OF SUFFOLK; JAMES CASH; CATHERINE CASH; DAVID SMITH; HON. MADELINE SINGAS, District Attorney of Nassau County and SCHLISSEL, OSTROW & KARABATOS, PLLC, *all jointly and individually*,

        Defendants.

---

Case No.: 2:19-cv-01398 (JMA)(ARL)

**STIUPLATION OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned that, all claims asserted against Defendant RICHARD MURPHY, C.E.O. OF SOUTH NASSAU COMMUNITIES HOSPITAL are hereby discontinued with prejudice and without costs, disbursements, or attorney's fees

to any party as against the other, and that this stipulation may be filed with the Clerk of the Court without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, facsimile and e-mail signatures are acceptable as original signatures.

Dated: November 19, 2021
      Lido Beach, New York

**KATURIA D'AMATO**

By: *Katuria D'Amato*
    Katuria D'Amato, Esq.,
    67 Buxton Street
    Lido Beach, NY 11561

*Plaintiff Pro Se individually and as parent and natural guardian for Alfonso and Luciana D'Amato, infants under the age of 14 years*

Signature: *K. D'md*
Katuria D'Amato (Nov 23, 2021 12:19 EST)

Email: katuriadamato@gmail.com

Dated: November 19, 2021
      New York, New York

**ABELL ESKEW LANDAU LLP**

By: *Scott R. Landau*
    Scott R. Landau
    Kenneth M. Abell
    256 Fifth Avenue, 5th Floor
    New York, New York 10001
    (646) 970-7343

*Attorneys for Defendants South Nassau Communities Hospital, Richard Murphy, and Namdi Odiah, M.D.*

The Clerk of Court is directed to terminate defendant Richard Murphy. SO ORDERED.
/s/ JMA, USDJ
11/29/2021