UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATURIA D'AMATO,
*individually and as parent and natural guardian
for A.D. and L.D., infants under the age of 14 years,*

                       Plaintiffs,

      -against-

ALFONSE D'AMATO, et. al,

                       Defendants.
-----------------------------------------------------------------X

For Online Publication Only

**ORDER**
19-CV-1398 (JMA) (ARL)

**AZRACK, United States District Judge:**

       In an order dated February 7, 2022, the Court dismissed, with prejudice, Plaintiff's claims against various defendants after Plaintiff failed to comply with directives issued by the Court on November 10, 2021 and failed to respond to motions to dismiss filed by those defendants.

       The February 7 Order found that Plaintiff had disregarded the Court's prior orders and had failed to prosecute this action. The February 7 Order also found that Plaintiff's failure to file the letter required by the Court's directives was prejudicial to all Defendants who are preparing motions to dismiss in response to Plaintiff's complaint. The February 7 Order also explained that, in addition to Plaintiff's disregard of the Court's orders and the letters filed by various defendants, Plaintiff's 79-page complaint is deficient under Federal Rule of Civil Procedure 8(a) and is also subject to dismissal on that ground.

       The Court's February 7 Order directed Plaintiff to file a letter by February 21, 2022 clarifying, for each of the claims and the remaining defendants, which specific defendants each claim is being brought against. The February 7 Order warned that if Plaintiff failed to file this letter by February 21, 2022, the claims against all the remaining defendants would be dismissed with prejudice.

2

To date, Plaintiff has not filed the required letter and has not filed anything with the Court after the February 7 Order. Plaintiff has disregarded the Court's orders and has failed to prosecute this action. The Court hereby dismisses all of Plaintiff's remaining claims with prejudice. The Clerk of Court is directed to close this case and to mail a copy of this Order to Plaintiff.

Dated: March 1, 2022
Central Islip, New York

/s/ (JMA)
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE

2