UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATURIA D'AMATO, individually and as parent
And natural guardian for ALFONSO and LUCIANA
D'AMATO, infants under the age of 14 years,

                    Plaintiff,

    - against -

ALFONSE D'AMATO; PARK STRATEGIES,
LLC; GASSMAN, BAIAMONTE, GRUNER, P.C.;
STEPHEN GASSMAN, ESQ.; JOSHUA GRUNER,
ESQ.; THE COUNTY OF NASSAU; THE NASSAU
COUNTY POLICE DEPARTMENT; NASSAU
COUNTY POLICE OFFICER VINCENT ADAMO;
NASSAU COUNTY POLICE OFFICER JIMMY
LEE; NASSAU COUNTY POLICE OFFICER SGT.
JAMES LORENZEN; NASSAU COUNTY POLICE
INSPECTOR FRANCES BEIN; NASSAU COUNTY
DETECTIVE JASON HERNANDEZ; NAMDI ODIAH,
M.D.; RICHARD MURPHY, C.E.O. OF SOUTH
NASSAU COMMUNITIES HOSPITAL; SOUTH
NASSAU COMMUNITIES HOSPITAL; JOSHUA
KUGLAR, M.D.; STANLEY REDDY, M.D.; MARK
GREEN, ESQ.; HONORABLE JOSEPH H. LORINTZ;
PATRICK RYDER, NASSAU COUNTY POLICE
COMMISSIONER; DAVID MACK, NASSAU
COUNTY DEPUTY POLICE COMMISSIONER; THE
COUNTY OF SUFFOLK; JAMES CASH; CATHERINE
CASH; DAVID SMITH; INTERNATIONAL
INVESTIGATION GROUP, LTD.; DANIEL RIBACOFF,
Individually and as the Chief Operating Officer of
INTERNATIONAL INVESTIGATION GROUP, LTD.;
LISA RIBACOFF, Individually and as the International
Operations Manager of INTERNATIONAL
INVESTIGATION GROUP, LTD.; SAUL ROTH; HON.
MADELINE SINGAS, District Attorney of Nassau County;
and SCHLISSEL, OSTROW, KARABATOS, PLLC,
all jointly and individually,

                    Defendants.
------------------------------------------------------------X

**FILED**
**CLERK**

3/4/2022 2:55 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 19-1398 (JMA) (SIL)

       An Order of Honorable Joan M. Azrack, United States District Judge, having been filed

on February 7, 2022, dismissing Plaintiff's claims against Defendants Namdi Odiah, M.D., South

Nassau Communities Hospital, the County of Suffolk, and the Honorable Joseph H. Lorintz with prejudice; and an Order of Honorable Joan M. Azrack, United States District Judge, having been filed on March 1, 2022, dismissing all of Plaintiff's remaining claims with prejudice, and directing the Clerk of Court to close this case, , it is

**ORDERED AND ADJUDGED** that Plaintiff Katuria D'Amato take nothing of Defendants; that Plaintiff's claims against Defendants Namdi Odiah, M.D., South Nassau Communities Hospital, the County of Suffolk, and the Honorable Joseph H. Lorintz are dismissed with prejudice; that all of Plaintiff's remaining claims are dismissed with prejudice; and that this case is closed.

Dated: March 4, 2022
       Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                                    BY: /s/ LISA FLORIO
                                        DEPUTY CLERK